ULLMAN v. SALVIN. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by Louis Ullman against

Paul Salvin. No opinion. Motion denied, upon payment of $10 costs, to enable appellant to move in court below to open default.